**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———

**No. 00-6520**

———

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

JOSEPH BARRETT,

                                        Defendant - Appellant.

———

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  James C. Cacheris, Senior District Judge.  (CR-98-468-A)

———

Submitted:  October 26, 2000        Decided:  November 1, 2000

———

Before WIDENER, MICHAEL, and KING, Circuit Judges.

———

Affirmed by unpublished per curiam opinion.

———

Joseph Barrett, Appellant Pro Se.  Jack I. Hanly, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

———

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Joseph Barrett appeals from the district court's order denying his motion to modify and amend his sentence. Under 18 U.S.C.A. § 3582(c)(1)(B) (West 1985 & Supp. 2000), the court may not modify a term of imprisonment once it has been imposed except in very narrow circumstances not applicable here. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Barrett, No. CR-98-468-A (E.D. Va. Mar. 28, 2000).* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

*Although the district court's order is marked as "filed" on March 23, 2000, the district court's records show that it was entered on the docket sheet on March 28, 2000. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).